820 A.2d 700

Denise **KRAMER**

v.

**WORKERS' COMPENSATION APPEAL BOARD (RITE AID CORPORATION),**

**Petition of Rite Aid Corporation.**

**Denise Kramer, Cross–Petitioner**

v.

**Workers' Compensation Appeal Board (Rite Aid Corporation), Respondents.**

Supreme Court of Pennsylvania.

April 3, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of April, 2003, the Petition for Allowance of Appeal is hereby granted. The Cross–Petition for Allowance of Appeal is also hereby granted, limited to the following issue:

Whether the defendant's offsetting of compensation benefits by the "severance" pay was a violation of the Pennsylvania

and U.S. Constitutions, where the offset violated the equal protection clause?

The Application for Supersedeas is hereby denied.